UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:16-CV-073-TBR

DARRELL L. MILES, PLAINTIFF

v.

KENTUCKY DEPARTMENT
OF CORRECTIONS, *et al.*, DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Plaintiff Darrell Miles's Motion to Provide Paper Copies of Medical Records and Set a Settlement Conference. [R. 88.] Defendants Dr. Shastine Tangilag and Karen Vickery ("Defendants") responded. [R. 91.] The deadline for Miles to reply has passed. This matter is now ripe for adjudication. For the reasons stated herein, Miles's Motion to Provide Paper Copies of Medical Records and Set a Settlement Conference, [R. 88], is **DENIED**.

Miles makes two requests in his motion. First, he asks the Court to order Defendants to provide paper copies of the medical records previously sent to him on a disc. [R. 88 at 1.] In their response, Defendants agree to provide paper copies to Miles, [R. 91 at 2], and Defendants attached a receipt documenting the shipment of said copies, [R. 91-1]. Thus, Miles's request for Defendants to provide copies is now moot.

Second, Miles requests the Court to schedule a settlement conference. [R. 88 at 2.] Defendants respond that a settlement conference would be "premature at this juncture." [R. 91 at 2.] As Defendants have subsequently filed a Motion for Summary Judgment, [R. 98], the Court

agrees that it would be premature to schedule a settlement conference at this time. Thus, Miles's request for the Court to schedule a settlement conference is denied.

## CONCLUSION

For the foregoing reasons, **IT IS HEREBY ORDERED**: Miles's Motion to Provide Paper Copies of Medical Records and Set a Settlement Conference, [R. 88], is **DENIED**.

**IT IS SO ORDERED**.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge
United States District Court**

December 21, 2018

cc: Counsel of Record

Darrell L. Miles, pro se
155111
KENTUCKY STATE PENITENTIARY
266 Water Street
Eddyville, KY 42038